**Motion Granted and Order filed November 20, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00723-CV
_____

## GIL RAMIREZ, SR., Appellant

V.

## AMERICAN FIRST NATIONAL BANK, Appellee

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2014-25602**

---

## O R D E R

The clerk's record was filed September 26, 2014. Appellant has filed an unopposed motion for leave to supplement the clerk's record. The motion is granted. *See* Tex. R. App. P. 34.5(c). The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 1, 2014, containing:

1. Clerk's Doc. No. 61476297; Exhibit 01-A of Defendant's Objection and Response to Plaintiff's Motion for Traditional Summary Judgment; filed 8-9-14; and

2. Clerk's Doc. No. 61766442; Order of Nonsuit without Prejudice; filed 7-28-14. .

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM